EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

LAURA R. PETROFF, CA Bar No. 123215
lpetroff@winston.com
WINSTON & STRAWN LLP
333 S Grand Ave, 38th Floor
Los Angeles, CA 90071
Telephone: 213-615-1736
Facsimile: 213-615-1750

Attorneys for Plaintiffs
NATHAN LANDER, ZEKIA HAMPTON,
and ARIS CIENGEGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LANDER, ZAKEIA HAMPTON and ARIS CIENEGA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECHO GLOBAL LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00533-KJM-JDP<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>Complaint Filed: March 23, 2021<br>Trial Date: None<br>District Judge: Hon. Kimberly J. Mueller<br>Courtroom 3, Sacramento<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>Courtroom 9, Sacramento |

Plaintiffs NATHAN LANDER, ZAKEIA HAMPTON and ARIS CIENEGA ("Plaintiffs") and Defendant ECHO GLOBAL LOGISTICS, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Local Rule 144(a), hereby stipulate for an extension of time from April 26, 2021 (original responsive pleading deadline was April 16, 2021) to and including May 14, 2021, for Defendant to answer or otherwise plead to Plaintiffs' Class and Collective Action Complaint.

Dated: April 26, 2021                Respectfully Submitted,

OUTTEN & GOLDEN LLP                  OGLETREE, DEAKINS, NASH,
                                     SMOAK & STEWART, P.C./WINSTON
                                     & STRAWN LLP

By: /s/ Jahan C. Sagafi              By: /s/ Evan R. Moses
    Jahan C. Sagafi                      Evan R. Moses
    Melissa L. Stewart                   Laura R. Petroff

Attorneys for Plaintiffs             Attorneys for Defendant
NATHAN LANDER, ZEKIA                 ECHO GLOBAL LOGISTICS, INC.
HAMPTON, and ARIS CIENGEGA