JAHAN C. SAGAFI (Cal Bar No. 224887)
Molly J. Frandsen (Cal. Bar No. 320094)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

Melissa L. Stewart (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mstewart@outtengolden.com

*Attorneys for Plaintiffs and the Proposed Class and Collective Members*

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

LAURA R. PETROFF, CA Bar No. 123215
lpetroff@winston.com
WINSTON & STRAWN LLP
333 S Grand Ave, 38th Floor
Los Angeles, CA 90071
Telephone: 213-615-1736
Facsimile: 213-615-1750

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ARIS CIENEGA and ZAKEIA HAMPTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECHO GLOBAL LOGISTICS, INC.,<br><br>Defendant. | Case No. 21-cv-00533-KJM-JDP<br><br>**JOINT STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND AMEND CAPTION**<br><br>The Hon. Kimberly J. Mueller |

Plaintiff Aris Cienega and Zakeia Hampton ("Plaintiffs") and Defendant Echo Global Logistics, Inc. ("Echo") (collectively, the "Parties"), by and through their respective counsel, submit this Stipulation and Proposed Order to File First Amended Complaint.

WHEREAS on March 23, 2021, Plaintiffs Nathan Lander, Zakeia Hampton, and Aris Cienega filed the Complaint in this action, ECF No. 1;

WHEREAS on March 24, 2021, Plaintiffs filed a Notice of Filing Consent to Join Forms, including a Consent to Join Form for Plaintiff Aris Cienega, ECF No. 4-1 at 2;

WHEREAS on May 3, 2021, Echo consented in writing to the filing of a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), substituting Named Plaintiff Nathan Lander with Opt-in Plaintiff Aris Cienega;

WHEREAS on May 4, 2021, Plaintiffs filed a consent form for Plaintiff Lander as an Opt-in Plaintiff, ECF No. 13;

**The Parties to this action, through their respective attorneys of record, and subject to order of this Court, stipulate and agree as follows:**

1. That Plaintiffs Aris Cienega and Zakeia Hampton be permitted to file a First Amended Complaint ("FAC") in the above titled action, pursuant to Fed. R. Civ. P. 15(a)(2), based on Echo's consent, in the form and content which is attached hereto as Exhibit A, which substitutes Aris Cienega as Named Plaintiff and class representative for the putative California class and a representative of the proposed FLSA collective;

2. Nathan Lander is an Opt-in Plaintiff in the case, but not a Named Plaintiff or class representative for the putative California class or representative of the proposed FLSA collective;

3. The case will be re-captioned as "Aris Cienega and Zakeia Hampton, Individually and on Behalf of All Other Similarly Situated v. Echo Global Logistics, Inc."

**IT IS SO STIPULATED AND AGREED.**

-2-

Case No. 21-cv-00533-KJM-JDP

Joint Stipulation to File First Amended Complaint and Amend Caption

Dated: May 13, 2021

Respectfully submitted,

OUTTEN & GOLDEN LLP

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C./WINSTON
& STRAWN LLP

By: */s/ Jahan C. Sagafi*
    Jahan C. Sagafi
    Melissa Stewart
    Molly J. Frandsen

By: */s/ Evan R. Moses*
    Evan R. Moses
    Laura R. Petroff

*Attorneys for Plaintiffs and the Proposed Class and Collective Members*

*Attorneys for Defendant*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On May 13, 2021, Plaintiffs Aris Cienega and Zakeia Hampton and Defendant Echo |
| 3 | Global Logistics, Inc. ("Echo") filed a Joint Stipulation to File First Amended Complaint and |
| 4 | Amend Caption pursuant to Fed. R. Civ. P. 15(a)(2) based on Echo's written consent. The Court |
| 5 | hereby GRANTS the parties' Joint Stipulation, ORDERS Plaintiffs to file the First Amended |
| 6 | Complaint, and ORDERS that the case be re-captioned as "Aris Cienega and Zakeia Hampton, |
| 7 | Individually and on Behalf of All Other Similarly Situated v. Echo Global Logistics, Inc." |
| 8 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 9 | DATED: May 13, 2021. |

_____
CHIEF UNITED STATES DISTRICT JUDGE